UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

NATASHA HUFFORD, *et al.*,

    Plaintiffs,

vs.

JP MANAGEMENT GROUP, INC., *et al.*,

    Defendants.

Case No. 3:20-cv-22

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) VACATING THE COURT'S FEBRUARY 25, 2021 SCHEDULING ORDER (DOC. NO. 31); (2) GRANTING IN PART THE PARTIES' MOTION TO AMEND THEIR LITIGATION CALENDAR (DOC. NO. 39); (3) REFERRING THIS CASE TO MAGISTRATE JUDGE OVINGTON FOR MEDIATION; AND (4) REFERRING THIS CASE TO MAGISTRATE JUDGE SILVAIN TO OVERSEE THE REMAINDER OF DISCOVERY AND TO SET A NEW DISCOVERY AND DISPOSITIVE MOTION DEADLINE**

---

This case is before the Court on the parties' joint motion to amend their litigation calendar. Doc. No. 39. Having been advised that the parties intend to pursue mediation, the Court orders as follows:

1. The Court's February 25, 2021 scheduling order (Doc. No. 31) is, and all forthcoming deadlines and hearings set therein are, **VACATED**;

2. The parties' motion to amend their litigation calendar is **GRANTED IN PART**;

3. Pursuant to 28 U.S.C. § 636(c), this case is hereby referred to Magistrate Judge Sharon L. Ovington for the purpose of mediation; and

4. Pursuant to 28 U.S.C. §§ 636(b)(1)(A), (B), and (C) and 636(b)(3), this matter is referred to Magistrate Judge Peter B. Silvain, Jr. to oversee the remainder of discovery and to set a new discovery and dispositive motion deadline.

    **IT IS SO ORDERED.**

Date:  September 20, 2021

s/ Michael J. Newman
Hon. Michael J. Newman
United States District Judge