UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

NATASHA HUFFORD,

    Plaintiff,                                             Case No. 3:20-cv-22

vs.

JP MANAGEMENT GROUP, INC.,        District Judge Michael J. Newman
*et al.*,                                                         Magistrate Judge Peter B. Silvain, Jr.

    Defendants.

---

## RECUSAL ORDER

---

    The undersigned hereby **RECUSES** himself from this case, and it is referred to the Clerk of Court for reassignment.

    **IT IS SO ORDERED.**

<u>January 9, 2024</u>                                                   <u>s/Michael J. Newman</u>
                                                                      Hon. Michael J. Newman
                                                                      United States District Judge